IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:05-MC–0438-GEB-DAD |
| Plaintiff, | ) | (CR-S-01-279-GEB) |
| v. | ) | |
| OGANES TITIZYAN, | ) | ORDER OF GARNISHMENT (Interest in Withheld Money) |
| Defendant. | ) | |
| CALIFORNIA DEPARTMENT OF HEALTH SERVICES, | ) | |
| Garnishee. | ) | |

   A Writ of Garnishment (Interest in Withheld Money) directed to the Garnishee California Department of Health Services has been duly issued and served upon the Garnishee. The Garnishee filed an Answer of Garnishee stating that at the time of service of the Writ, the Garnishee has custody or possession of the following properties (non-earnings), as described below:

   1.   Account number 6530112335 with an approximate value of $106,044.76 in which the Judgment Debtor has an interest in the amount of $71,930.76.

   The balance owing by the Judgment Debtor Oganes Titizyan ("Judgment Debtor") on the judgment is $171,802.94, and said amount is current from the amount as shown in the Application For Writ of Garnishment (Interest in Withheld Money) filed herein.

1  On August 19, 2005, the Plaintiff United States of America filed with this court an
2  Application for Writ of Garnishment (Interest in Withheld Money) against the Garnishee California
3  Department of Health Services.  Said Application for Writ requested the Clerk of the Court to issue a
4  Writ of Garnishment (Interest in Withheld Money) requiring the Garnishee California Department of
5  Health Services to withhold and to retain any and all accounts of the Judgment Debtor Oganes
6  Titizyan.
7  The Judgment Debtor was served by the Garnishee with the Answer of Garnishee, and the
8  Judgment Debtor has not filed a written objection or requested a hearing within 20 days, as set forth
9  in 28 U.S.C. § 3205(c)(5).  The Judgment Debtor has not requested a hearing on a claim of
10 exemption, as set forth in 28 U.S.C. § 3014(b)(2).
11 Pursuant to 28 U.S.C. § 3205(c)(7), after the Garnishee files an answer, and if no hearing is
12 requested within the required time period, the court shall promptly enter an order directing the
13 Garnishee as to the disposition of the Judgment Debtor's (non-earnings) property.
14 ACCORDINGLY, IT IS ORDERED that the Garnishee  California Department of Health
15 Services shall turn over to the Plaintiff United States of America the approximate amount of
16 $71,930.76 (Judgment Debtor's interest in the total amount of $106,044.76 held by the Garnishee in
17 account number 6530112335).
18 IT IS FURTHER ORDERED that upon receipt of payment by the United States, the Writ of
19 Garnishment is hereby terminated.
20 IT IS SO ORDERED.
21 DATED: October 17, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

26 Ddad1/orders.civil/titizyan0438.garnish